[No. 25909-5-II. Division Two. November 21, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. MARK L. HAMPTON, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00524-1, Stephen M. Warning, J., entered April 25, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 26302-5-II. Division Two. November 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BLAINE WHITEHEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00358-6, James B. Sawyer II, J., entered July 26, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, J.; Quinn-Brintnall, J., dissenting.

[No. 26368-8-II. Division Two. November 21, 2001.]

*In the Matter of the Marriage of* EVELYN M. FILLER, *Appellant*, and GEORGE FILLER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-3-01319-8, Leonard W. Kruse, J., entered August 2, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 26394-7-II. Division Two. November 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYSEN GREGORY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00590-3, James D. Ladley, J., entered August 29, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.